James Sheehan, Alaska Bar No. 0506056
Simpson, Tillinghast, Sorensen & Sheehan, P.C.
One Sealaska Plaza, Ste. 300
Juneau, Alaska 99801
Phone: 907-586-1400
Fax 907-586-3065
jsheehan@stsl.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SEAPORT AIRLINES, INC.,<br><br>Debtor. | Case No. 16-30406-rld11<br><br>Adv. Proceeding Case No.: 16-03061-rld<br><br>_____ |
| WINGS AIRLINES SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEAPORT AIRLINES, INC.,<br><br>Defendant. | **NOTICE OF DISMISSAL** |

  Wings Airlines Services, Inc., ("Plaintiff") by and through counsel, files this Notice of Dismissal.

  Plaintiff hereby dismisses without prejudice all claims asserted against Defendant, SeaPort Airlines, Inc., in Plaintiff's Complaint filed on May 16, 2016.

  This dismissal is filed at a time prior to service by Defendants of an answer or a motion for summary judgment.

DATED this 10ʰ Day of June, 2016.

Respectfully Submitted,

/s/James Sheehan
James Sheehan, Alaska Bar No. 0506056
Simpson, Tillinghast, Sorensen & Sheehan, P.C.
One Sealaska Plaza, Ste. 300
Juneau, Alaska 99801
Phone: 907-586-1400
Fax 907-586-3065
jsheehan@stsl.com

Attorneys for Plaintiff Wings Airlines Services, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2016, a true and correct copy of this document was served on all interested parties by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ James Sheehan
     James Sheehan

SIMPSON, TILLINGHAST, SORENSEN & SHEEHAN, P.C.
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Phone: (907) 586-1400   Fax: (907) 586-3065